# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

**BLUEPRINT IP SOLUTIONS LLC,**

      Plaintiff,                            Civil Action No. 8:20-cv-00724-CEH-CPT

v.

**CATALINA MARKETING CORPORATION,**             **TRIAL BY JURY DEMANDED**

      Defendant.

## NOTICE OF SETTLEMENT AND MOTION TO STAY DEADLINES

Pursuant to Local Rule 3.08(a), the parties hereby notify the Court that they have a settlement in principal to fully resolve all remaining issues in this matter and are working on finalizing a settlement agreement. Once the agreement is memorialized, Plaintiff will enter the appropriate dismissal as set forth in the settlement agreement.

The parties request that the Court stay all deadlines in this case for a period of 60 days To allow for the execution of a final agreement and entry of a stipulated dismissal in accordance with the terms of the settlement agreement.

WHEREFORE, the parties provide notice of settlement pursuant to Local Rule 3.08(a) and request that this Court stay all deadlines in this case for a period of 60 days pending the execution of a final agreement and entry of the agreed dismissal.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 3.01(g), counsel for Plaintiff and Defendant have conferred in good faith and agreed to the relief requested herein.

Dated: June 18, 2020    Respectfully submitted,

*/s/ Howard L. Wernow*
Howard Wernow, B.C.S
Fla Bar No. 107560
SAND SEBOLT & WERNOW CO., LPA
4940 Munson Street, N.W.
Canton, Ohio 44718
Telephone: 330-244-1174
Facsimile: 330-244-1173

*Board Certified in Intellectual Property Law by the Florida Bar*

ATTORNEY FOR PLAINTIFF
BLUEPRINT IP SOLUTIONS LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy has been electronically filed using the CM/ECF filing system, which automatically sends email notifications to all counsel of record and which will permit viewing and downloading of same from the CM/ECF system on April 28, 2020.

*/s/ Howard L. Wernow*
Howard L. Wernow